# UNITED STATES DISTRICT COURT
## for the
### Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

**NOV - 4 2011**

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

United States of America )
v. )
JESSIE BEN HAIRSTON )  Case No: 4:04CR00008-1
) USM No: 11263-084

Date of Previous Judgment: 01/20/2009
*(Use Date of Last Amended Judgment if Applicable)*

Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Offense Level: _____      Amended Offense Level: _____
Criminal History Category: _____      Criminal History Category: _____
Previous Guideline Range: _____ to _____ months      Amended Guideline Range: _____ to _____ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain):*

### III. ADDITIONAL COMMENTS

Defendant was sentenced under the career offender guideline which is unaffected by Amendment 750. Therefore, no reduction is authorized.

Except as provided above, all provisions of the judgment dated 01/20/2009 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 11-4-11

Judge's signature: /s/ Jackson L. Kiser

Effective Date: _____
*(if different from order date)*

Senior United States District Judge
*Printed name and title*